UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-2512 RHK/AJB

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>LISA KELLY THOMAS,<br>Defendant,<br>EQUITY RESIDENTIAL PROPERTIES,<br>Garnishee. | NOTICE OF ANNUAL ACCOUNTING OF GARNISHMENT |

TO: Lisa Kelly Thomas, the judgment debtor, and
Equity Residential Properties, Garnishee.

Pursuant to 28 U.S.C. § 3205(c)(9)(A), you, the judgment debtor and the garnishee, are hereby notified of the annual accounting of the garnishment of defendant, Lisa Kelly Thomas.

A Writ of Garnishment was duly issued by the Court and was personally served on the garnishee on August 25, 2003, and the judgment debtor on September 9, 2003. Pursuant to the Writ of Garnishment, the garnishee filed an Answer of Garnishee on or about September 10, 2003. As of the date of service, the garnishee had, in its possession and under its control, personal property belonging to and due the judgment debtor in the form of wages.

The garnishee has withheld $350.00 of the judgment debtor's disposable earnings each month, pursuant to the Stipulated Final Order in Garnishment and Order filed September 17, 2003, until April, 2004, when the judgment debtor filed for bankruptcy and the

garnishment was stayed. The payments received by the U.S. Attorney's Office for the last 12 months are reflected on the attached Payment History.

Dated: October 1, 2004

Respectfully submitted,

THOMAS B. HEFFELFINGER
United States Attorney

s/ M. Trippler

BY: MARY TRIPPLER
Assistant United States Attorney
Attorney ID No. 110887
600 United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5600