PAYMENT HISTORY REPORT

Report: CZ_QRYG

RUN DATE: 30-SEP-2004 FOR: 2000Z00956/003 PAGE: 1 OF 2

DEBTOR: Kelly, Lisa L.

COURT NUMBER: 00-2512RHK/JM PRIORITY CODE:

CURRENT LIABILITY BALANCE: $0.00

| FIN SEQ | FIN CODE | COL TYPE | REC DATE | FORM/ REC BY | REC FROM | DEPOSIT NO. | CHECK NO. | PMNT AMT | POST DATE | BALANCE |
|---|---|---|---|---|---|---|---|---|---|---|
| 0002 | PMNT | T | 02-OCT-2003 | GR/G | Equity Residential | MN /04/002 | 163019 | $29.76 | 02-OCT-2003 | $60.24 |
| 0003 | PMNT | T | 06-OCT-2003 | GR/G | equity residential | MN /04/004 | 162168 | $60.24 | 06-OCT-2003 | $0.00 |

Total Payments for Debtor: $90.00