CERTIFICATE OF SERVICE BY MAIL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff, | ) | Civil No. 00-2512 RHK/AJB |
| LISA KELLY THOMAS,<br><br>Defendant | ) | |
| EQUITY RESIDENTIAL PROPERTIES.<br><br>Garnishee. | ) | |

I hereby certify that on 10.7.04, I served, or caused to be served, the following documents:

NOTICE OF ANNUAL ACCOUNTING OF GARNISHMENT

I certify, further, that I electronically filed the above-listed documents with the Clerk of the Court by using ECF.

I certify, further, that I served, or caused to be served, the above-listed documents to non-ECF participants by placing a copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and by depositing said envelope and contents in the United States Mail at Minneapolis, Minnesota.

Addressee(s):

Lisa Thomas
5600 Regent Avenue North
Crystal, MN 55429

ERP Management Corp.
Attn: Rosa Camacho
Two North Riverside Plaza
Chicago, IL 60606-2639

Nancy A. Baes