UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-2512 RHK/AJB

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NOTICE OF FINAL ACCOUNTING |
| | ) | OF GARNISHMENT OF DEFENDANT |
| LISA KELLY THOMAS, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| EQUITY RESIDENTIAL PROPERTIES, | ) | |
| | ) | |
| Garnishee. | ) | |

TO: Lisa Kelly Thomas, the judgment debtor, and
Equity Residential Properties, Garnishee.

Pursuant to 28 U.S.C. § 3205(c)(9)(A), you, the judgment debtor and the garnishee, are hereby notified of the final accounting of the garnishment of defendant, Lisa Kelly Thomas.

A Writ of Garnishment was duly issued by the Court and was personally served on the garnishee and on the judgment debtor on or about August 25, 2003. Pursuant to the Writ of Garnishment, the garnishee filed an Answer of Garnishee on or about September 10, 2003. As of the date of service, the garnishee, as the judgment debtor's employer, had, in its possession and under its control, personal property belonging to and due the judgment debtor in the form of wages.

The garnishee has withheld $350.00 of the judgment debtor's monthly

disposable earnings, pursuant to the garnishment order. The payments received by the U.S. Attorney's Office are reflected on the attached Payment History.

PLEASE TAKE NOTICE: If you, the judgment debtor or the garnishee, object to this accounting, you must file: (1) a written objection to the accounting, and (2) a request for a hearing, stating your grounds for the objection within 10 days from the date you receive this final accounting, with the Clerk of Court, United States District Court, 202 United States Courthouse Building, 300 South Fourth Street, Minneapolis, Minnesota 55415. The court shall hold a hearing on the objection within 10 days after the court receives the request for a hearing, or as soon thereafter as is practicable. 28 U.S.C. § 3205(c)(9)(B).

We have filed a Satisfaction of Judgment with the Court and are providing the judgment debtor and the garnishee with a copy of the Satisfaction of Judgment. We are also furnishing the judgment debtor with the documents and information necessary to lift the liens placed against the judgment debtor, as a result of this judgment.

Dated: August 24, 2005

Respectfully submitted,

THOMAS B. HEFFELFINGER
United States Attorney

s/ M. Trippler

BY: MARY TRIPPLER
Assistant U. S. Attorney
Attorney ID No. 110887