PAYMENT HISTORY REPORT

Report: CZ_QRYG

RUN DATE: 23-AUG-2005 FOR: 2000Z00956/001 PAGE: 1 OF 2

DEBTOR: Kelly Thomas, Lisa L.

COURT NUMBER: 00-2512 RHK/JMM PRIORITY CODE:

CURRENT LIABILITY BALANCE: $0.00

| FIN SEQ | FIN CODE | COL TYPE | REC DATE | FORM/ REC BY | REC FROM | DEPOSIT NO. | CHECK NO. | BOP DEPOSIT NO. | PMNT AMT | POST DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| 0014 | PMNT | T | 14-OCT-2003 | GR/G | Equity Residential | MN /04/009 | 163785 | | $89.45 | 14-OCT-2003 |
| 0015 | PMNT | T | 31-OCT-2003 | GR/G | Equity Residential | MN /04/022 | 165189 | | $67.95 | 31-OCT-2003 |
| 0015 | PMNT | WA | 31-OCT-2003 | GR/G | Equity Residential | MN /04/022 | 165189 | | $107.05 | 31-OCT-2003 |
| 0016 | PMNT | WA | 26-NOV-2003 | GR/G | EQUITY RESIDENTIAL | MN /04/041 | 166214 | | $175.00 | 26-NOV-2003 |
| 0017 | PMNT | WA | 26-NOV-2003 | GR/G | EQUITY RESIDENTIAL | MN /04/041 | 167133 | | $175.00 | 26-NOV-2003 |
| 0018 | PMNT | WA | 29-DEC-2003 | GR/G | Equity Residential | MN /04/063 | 167963 | | $175.00 | 29-DEC-2003 |
| 0019 | PMNT | WA | 29-DEC-2003 | GR/G | Equity Residential | MN /04/063 | 168793 | | $175.00 | 29-DEC-2003 |
| 0020 | PMNT | WA | 09-JAN-2004 | GR/G | Equity Residential | MN /04/071 | 169721 | | $175.00 | 09-JAN-2004 |
| 0022 | PMNT | WA | 17-FEB-2004 | GR/G | EQUITY RESIDENTIAL | MN /04/097 | 170714 | | $175.00 | 17-FEB-2004 |
| 0023 | PMNT | WA | 23-FEB-2004 | GR/G | Equity Residential | MN /04/102 | 172784 | | $175.00 | 23-FEB-2004 |
| 0024 | PMNT | WA | 04-MAR-2004 | GR/G | Equity Residential | MN /04/109 | 173589 | | $175.00 | 04-MAR-2004 |
| 0025 | PMNT | WA | 19-MAR-2004 | GR/G | Equity Residential | MN /04/120 | 174605 | | $175.00 | 19-MAR-2004 |
| 0027 | PMNT | WA | 24-MAY-2004 | TV/B | | | TOP | | $3,014.80 | 27-MAY-2004 |
| 0033 | PMNT | WA | 23-AUG-2005 | CH/Y | JASMINE KELLER | MN /05/215 | 4325134 | | $1,141.46 | 23-AUG-2005 |

Total Payments for Debtor: $5,995.71